**FILED**

AUG 25 2015

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

In re:

Melody McCracken

Case No. 14 BK 2622

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): _____   CREDITOR: ✓

Please print the following information:

NAME: Jerry Webb

OLD MAILING ADDRESS: 418 W. Colonial Dr
Orlando Fla 32801

NEW MAILING ADDRESS: 150 S Westmonte Dr
Altamonte Spgs

DATED: 25 Aug 15

_____
Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 321-421-3332

**All future notices shall be sent to the new mailing address**

(6/1/11)